UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PC Drivers Headquarters 1, Inc. and<br>PC Drivers Headquarters, LP.,<br><br>    Plaintiff<br><br>v.<br><br>LODSYS, LLC,<br><br>    Defendant | Civil Action No. 2:11-cv-01099 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs PC Drivers Headquarters 1, Inc. and PC Drivers Headquarters, LP, by and through their attorneys, Looper, Reed & McGraw P.C. by Attorney David G. Henry, Sr., and Defendant Lodsys, LLC, by and through its attorneys, Andrus, Sceales, Starke & Sawall, LLP by Attorney Aaron T. Olejniczak and Kelley, Donion, Gill, Huck & Goldfarb, PLLC by Attorney Christopher M. Huck, and hereby stipulate in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of this civil action with prejudice, including all claims and counterclaims that were or could have been asserted in this civil action as specified by the terms of the agreement between the parties effective April 30, 2012, and with each party bearing its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that the Court enter an Order of Dismissal With Prejudice.

- 1 -

Dated this 9th day of May, 2012.

        s/David G. Henry
        David G. Henry
        LOOPER, REED & MCGRAW P.C.
        1601 Elm Street, Suite 4600
        Dallas, Texas 75201
        Telephone: 214.954.4135
        Facsimile: 214.953.1332
        E-mail: dhenry@lrmlaw.com

        Attorneys for Plaintiffs


        s/Aaron T. Olejniczak
        Aaron T. Olejniczak (#1034997)
        ANDRUS, SCEALES, STARKE & SAWALL, LLP
        100 East Wisconsin Avenue, Suite 1100
        Milwaukee, WI 53202
        Telephone: 414-271-7590
        Facsimile: 414-271-5770
        E-mail: aarono@andruslaw.com

        Christopher M. Huck
        KELLEY, DONION, GILL,
        HUCK & GOLDFARB, PLLC
        701 Fifth Avenue, Suite 6800
        Seattle, WA 98104
        Telephone: 206-452-0260
        Facsimile: 206-397-3062
        E-mail: huck@kdg-law.com

        Attorneys for Defendant